United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VELASQUEZ,<br><br>      Plaintiff,<br><br>    v.<br><br>JPMORGAN CHASE BANK, N.A,<br><br>      Defendant. | Case No. 15-cv-03203-VC<br><br>**ORDER RE STIPULATION TO EXTEND REPLY BRIEF DEADLINE**<br><br>Re: Dkt. No. 14 |

The stipulated request to extend the appellant's time to file a reply brief is denied. *See* docket no. 11.

**IT IS SO ORDERED.**

Dated: November 30, 2015

_____
VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VELASQUEZ,<br>　　　　Plaintiff,<br>　　v.<br>JPMORGAN CHASE BANK, N.A,<br>　　　　Defendant. | Case No.  15-cv-03203-VC<br><br>**CERTIFICATE OF SERVICE** |

　　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　　That on November 30, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rodolfo Velasquez
426 Idora Avenue
Vallejo, CA 94591

Dated: November 30, 2015

　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　Kristen Melen, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　Honorable VINCE CHHABRIA

2